**Order filed February 10, 2022**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-21-00396-CV

———————

**JAMES O. OKORAFOR; MARY ARTHUR; JAMES P. ARTHUR; ARTHUR HOLDINGS, L.P.; ARTHUR P. HOLDINGS, L.P.; ARTHUR J, HOLDINGS., INC.; LEGONITE, INC.; AND PARADISE LIVING, INC., Appellants**

**V.**

**BLACKBURN & BROWN MORTGAGE FUND I, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-42929**

---

## ORDER

Appellant James O. Okorafor is appealing an order signed June 15, 2021. Appellant Okorafor is an attorney representing himself on appeal, separate from the other group of appellants who are represented by another attorney.

On January 20, 2022, this court issued an order stating that unless appellant Okorafor filed a brief on or before January 31, 2022, the court would dismiss appellant Okorafor's appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

Appellant Okorafor filed no brief or other response. We dismiss appellant Okorafor's appeal for want of prosecution.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.